IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY AARON THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 06-1281 |
| DR. ELDERMAN, et al. | : | |

## **ORDER**

AND NOW, this 17th day of March, 2010, "Defendants Maue, Hale, Knauer and DiGuglielmo's Motion for Reconsideration" (docket no. 88) is denied. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.