IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY AARON THOMAS : CIVIL ACTION
:
v. :
:
DR. EDELMAN, et al. : NO. 06-1281

O R D E R

AND NOW, this 13th day of October, 2010, upon consideration of the Motion for Leave to File a Second Motion for Summary Judgment filed by Defendants PHS and Drs. Edelman, Germaine and Arias, and docketed in this matter as Document No. 101, and the Second Motion for Summary Judgment filed by the same defendants and docketed as Document No. 102, and the response thereto, as well as Defendants' reply, it is HEREBY ORDERED that:

(1) Defendants' Motion for Leave to File a Second Motion for Summary Judgment, docketed as Document No. 101 is DENIED;

(2) Defendants' Second Motion for Summary Judgment, docketed as Document No. 102 is DISMISSED WITH PREJUDICE.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE